DMP:JAM/JEA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BRIAN MAIORANA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

(18 U.S.C. § 875(c))

EASTERN DISTRICT OF NEW YORK, SS:

        NATHAN RUDNICK, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

### Threatening Interstate Communications

        Upon information and belief, in or about and between September 2020 and the present, within the Eastern District of New York, the defendant BRIAN MAIORANA did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, MAIORANA sent multiple death threats via a social

media platform (the "Social Media Platform") threatening to kill and ordering others to kill protestors, politicians, and law enforcement officers.

(Title 18, United States Code, Section 875(c))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am currently assigned to the New York Joint Terrorism Task Force ("JTTF"), and have been assigned to the JTTF since October 2019. As a Special Agent, I have investigated numerous matters during the course of which I have conducted physical surveillance, interviewed witnesses, executed court-authorized search warrants, and used other investigative techniques to secure relevant information. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.  As detailed below, in or about and between September 2020 and the present, an individual identified as the defendant BRIAN MAIORANA, using an account on the Social Media Platform, made numerous posts threatening to kill protesters, politicians, law enforcement officers, and others, including the following:[2]

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation. At various points in this affidavit, I will offer my interpretations of certain communications. My interpretations are based on my knowledge of the investigation to date and review of prior communications, the contents and context of the communications, prior and subsequent communications, conversations with officers, and my training and experience.

[2] All posts are quoted as they appeared, including with typographical and punctuation errors.

a. On or about October 19, 2020, MAIORANA posted: "Its come to the point where pipe bombs need to be thrown into these mobs of potentially non violent violent protesters."

b. On or about November 5, 2020, MAIORANA posted: "The carnage needs to come in the form of extermination of anyone that claims to be democrat…as well as their family members."

c. On or about November 8, 2020, MAIORANA posted: "As the Jew Senator from Jew York said nothing is off the table. The Turner Diaries must come to life. We blow up the FBI building for real. All the alphabet agencies assassination will become the new normal now…that the electoral process is finished." Based on my training and experience and in the context of the investigation, I know that the "Turner Diaries" is a 1978 novel by William Luther Pierce that depicts a violent revolution in the United States which leads to the overthrow of the federal government, a nuclear war, and, ultimately, a race war which leads to the systematic extermination of non-whites. All groups opposed by the novel's protagonist, Earl Turner, including Jews, non-whites, "liberal actors" and politicians, are exterminated. I am aware that The Turner Diaries has been influential amongst white nationalist and neo-Nazi groups and has been cited as the inspiration for numerous acts of violence and terrorism, including the 1995 Oklahoma City bombing.

d. On or about November 8, 2020, MAIORANA posted: "All right thinking people need to hit the streets while these scumbags are celebrating and start blowing

them away," which I assess to refer to those celebrating the result of the 2020 Presidential Election.

 e. On or about November 8, 2020, MAIORANA posted: "Soap Box, Ballot Box…that was fraudulently stolen from us, Now Cartridge Box."  I believe the reference "Cartridge Box" refers to ammunition, or "cartridges."

 f. Also on or about November 8, 2020, MAIORANA posted: "The time has now past for patriots to stop being on the defensive…defensive action is a position of weakness.  We must take offensive action starting now.  All of you know what that is."

 3. Based on my review of records from the www.mymilitia.com forum, the defendant BRIAN MAIORANA has posted similar content under the username "Proud Patriot Sailor."  Specifically, on or about June 16, 2020, MAIORANA responded to a posted titled, "its Getting soon that were going to have to gear up are u up to the task," saying "I just joined, and right now I have no implement of war.  Other than a steel police baton…I ordered a poly80 lower and an aluminum…waiting on a milling drilling machine that's very expensive to purchase. To start manufacturing implements of war."  Based on my training and experience, I understand a "poly80 lower" to refer to a part for manufacturing a firearm.

 4. Records from the Social Media Account show that the handle @▇ is registered to the defendant BRIAN MAIORANA.  Specifically, the email address associated with the account is ▇.com, and the phone number used to create the account is a number registered to Charter Communications that listed MAIORANA as its subscriber.

5.      Additionally, based on my review of records obtained from the Social Media Account and from Internet service providers, I know that some of the postings described above were posted to the defendant BRIAN MAIORANA's account with the Social Media Platform using a Charter Communications IP address linked to his home address.[3]

6.      A review of the defendant BRIAN MAIORANA's criminal history shows a 2007 felony conviction in Pennsylvania for Statutory Sexual Assault, in violation of Section 3122.1 of the Crimes Code.   As a result of this conviction MAIORANA is registered as a Level 1 sex offender in New York State.

7.      Based on my discussions with law enforcement officials, I understand that databases containing information relating to firearm registration records have identified that the defendant BRIAN MAIORANA obtained a pistol permit from the Orange County Sheriff's Office on or about December 1, 1992.   However, MAIORANA surrendered his pistol permit in 1999 and, given the felony conviction described above, is barred from possessing or obtaining firearms or ammunition.   As such, MAIORANA's references in his posts to possession of firearms or other weapons do not appear to relate to any lawfully acquired items.

8.      Financial records show that the defendant BRIAN MAIORANA purchased gun parts for a semi-automatic handgun on or about and between June 23, 2020

---

[3]      Based on my training and experience, I know that computers and computer networks are assigned unique numbers referred to as "internet protocol addresses" or "IP addresses" that are linked to particular geographic locations.

and July 2020.   Additionally, MAIORANA's financial records show that he purchased a crossbow in November of 2018, as well as combat boots and various military patches.

WHEREFORE, your deponent respectfully requests that the defendants BRIAN MAIORANA be dealt with according to law.

NATHAN RUDNICK
Special Agent
Federal Bureau of Investigation

Sworn to before me this
 9  day of November, 2020

THE HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK